# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEFANIE GERBERDING,

                 Plaintiff,

v.

MEDICAL COLLEGE OF WISCONSIN,

                 Defendant.

Case No. 16-CV-1579-JPS

**ORDER**

On June 12, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or attorney's fees assessed to either party. (Docket #17). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #17) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge